■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH O'TOOLE, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County, rendered December 22, 1977, convicting him of sodomy in the first degree, upon a jury verdict, and sentencing him to an indeterminate prison term of from 8⅓ to 25 years. Judgment modified, as a matter of discretion in the interest of justice, by reducing the sentence to an indeterminate prison term of from 3 to 12 years. As so modified, judgment affirmed. The sentence was excessive to the extent indicated herein. Damiani, J. P., O'Connor, Lazer and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES THOMAS MORGAN, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered August 25, 1977, affirmed (see opn of Jaspan, J., denying defendant's motion to dismiss the indictment). Damiani, J. P., O'Connor, Lazer and Margett, JJ., concur. [90 Misc 2d 416.]

## (October 15, 1979)

■ KENNETH J. ALTMAN, Respondent, v POUGHKEEPSIE SAVINGS BANK, Appellant.—In an action to recover a deposit paid under a contract to purchase real property, the defendant seller appeals from an order of the Supreme Court, Westchester County, dated December 22, 1978, which granted plaintiff's motion for summary judgment. Order reversed, with $50 costs and disbursements, and motion denied. The affidavits at Special Term raise an issue of fact as to whether plaintiff's efforts to obtain a mortgage loan had been sufficient to constitute due diligence (see *Jered Contr. Corp. v New York City Tr. Auth.,* 22 NY2d 187; *Johnson v Werner,* 63 AD2d 422). Mollen, P. J., Hopkins, Titone and Mangano, JJ., concur.